■ PINNACLE INVESTMENTS, LLC, Appellant, v ESPSCO SYRACUSE, LLC, Defendant, and PATRICK DESSEIN et al., Respondents. [38 NYS3d 482]—Appeal from an order of the Supreme Court, Onondaga County (Hugh A. Gilbert, J.), entered May 21, 2015. The order, inter alia, denied the motion of the plaintiff for further discovery and granted the motions of defendants Brett Greenky, M.D., Richard Esposito and John Sacco, M.D., to dismiss the complaint.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on September 14, 2016, and by defendant Patrick Dessein on September 15, 2016,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Peradotto, J.P., Carni, NeMoyer and Curran, JJ.